FILED
CLERK, U.S. DISTRICT COURT
8/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY JB DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**William Duff**
2261 Market Street, STE 74184
San Francisco, CA 94114
Telephone: +1 727 647-9908
E-Mail: William@rocketstudiosdev.com
Applicant, Pro Se

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Subpoena<br>Discord Inc. | ) Case No.: 2:26-mc-00084 -UA<br>)<br>) REQUEST TO THE CLERK FOR<br>) ISSUANCE OF SUBPOENA PURSUANT<br>) TO 17 U.S.C. § 512(h) TO IDENTIFY<br>) ALLEGED COPYRIGHT INFRINGER(S)<br>) |

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S)**

Applicant William Duff ("Applicant") respectfully requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) to Discord Inc. ("Service Provider") for the purpose of identifying one or more alleged infringers of Applicant's copyright(s). In support of this Application, Applicant states as follows:

1. Applicant's Copyright Ownership: Applicant William Duff is a joint owner, along with Andrew Hamilton, of the copyright(s) in the digital assets ("the Work") allegedly infringed, and/or is a person authorized to act on behalf of the copyright owner(s).

2. Alleged Infringement: Applicant has discovered that one or more individuals using Service Provider's platform have allegedly infringed Applicant's exclusive rights, including but not limited to the right to reproduce pursuant to 17 U.S.C. § 106(1), by posting unauthorized reproductions of original digital assets created for the Roblox game "Aftermath" including original house designs, building models, and game environment assets, to which Applicant retains copyright(s).

3. Notification Sent: Applicant sent a notification in compliance with 17 U.S.C. § 512(c)(3)(A) on May 1, 2026, requesting the removal of the infringing material, attached as Exhibit A.

4. Purpose of Subpoena: The purpose of this subpoena is to obtain information sufficient to identify the alleged infringer(s).

5. Compliance with Statutory Requirements: Pursuant to 17 U.S.C. § 512(h)(2), Applicant has submitted:

- A copy of the notification sent (Exhibit A);
- A proposed subpoena (Exhibit B); and
- A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Applicant's rights under Title 17 (Exhibit C).

Service Provider's registered agent for service of process, C T Corporation System, maintains an office within this District at 330 North Brand Blvd., Suite 700, Glendale, CA 91203, providing this Court with a proper connection to the subpoena recipient for purposes of this proceeding.

Clerk's Duty to Issue Subpoena: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court shall expeditiously issue and sign the subpoena.

Dated: 23rd August 2026

/s/ William Duff

William Duff

Applicant Pro Se