FILED
CLERK, U.S. DISTRICT COURT
10/2/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Subpoena | ) Case No.: 2:26-mc-00084-UA |
| Discord Inc. | ) |
| | ) REQUEST TO THE CLERK FOR |
| | ) ISSUANCE OF SUBPOENA PURSUANT |
| | ) TO 17 U.S.C. § 512(h) TO IDENTIFY |
| | ) ALLEGED COPYRIGHT INFRINGER(S) |
| | ) |

**REVISED REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

Petitioner William Duff respectfully submits this Revised Request to the Clerk for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), and states as follows:

1. Petitioner previously submitted a request for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), together with a declaration and supporting materials concerning the alleged infringement and the Discord account at issue.

2. The factual basis supporting the original request, including the notification of claimed infringement and supporting declaration previously filed with the Court, remains unchanged and is incorporated herein by reference.

3. The purpose of the subpoena remains to obtain identifying information concerning the alleged infringer associated with the Discord account identified in the previously filed materials. Petitioner has a good faith belief that the account was associated with infringement of the copyrighted work(s) identified in the original request and that the information obtained will be used only for the purpose of protecting the rights of the copyright owner(s), consistent with 17 U.S.C. § 512(h)(2)(C).

4. Discord has indicated that it generally does not identify individual accounts by server or guild membership. Accordingly, the revised subpoena removes the prior request relating to guild membership and identifies the relevant account using the available account specific identifiers.

5. The revised subpoena seeks only the account ID, full name, last known physical or mailing address, and email address associated with the identified Discord account, to the extent available.

6. The revised subpoena also provides a new compliance date of November 15, 2026, allowing additional time for processing, issuance, service, and compliance.

7. The revised subpoena is intended to replace the previously issued subpoena. Petitioner respectfully requests that the Clerk issue the attached revised subpoena pursuant to 17 U.S.C. § 512(h).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2nd October 2026

/s/ William Duff

William Duff